UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 11, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LUKE LENE,<br><br>　　　　Defendant. | Case No. 2:16-mj-00040-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  **LUKE LENE** ,

Case No. _2:16-mj-00040-CKD_  Charge from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

__X__   Unsecured Appearance Bond $ _25,000.00, cosigned by wife and father._

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

__X__   (Other): _Pretrial Services conditions._

Issued at Sacramento, California on February 11, 2016 at  _2:30 pm_

By: _[signature]_

Magistrate Judge Carolyn K. Delaney