BENJAMIN B. WAGNER
United States Attorney
OWEN J.M. ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>LUKE LENE,<br><br>                              Defendant. | CASE NO.  2:16-CR-00034-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: April 14, 2016<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on April 14, 2016.

2.      By this stipulation, Defendant now moves to continue the status conference until June 23, 2016, and to exclude time between April 14, 2016, and June 23, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The Government represents that the discovery associated with this case presently comprises nineteen CDs containing approximately sixty-six pages of documents, forty-one audio-visual or audio files, and two hundred and thirty-five photographs.  This discovery has been produced directly to Defendant's counsel.

        b)      Counsel for Defendant presently desires additional time to continue reviewing the

1    discovery for this matter, as well as to conduct additional investigation and research concerning

2    the charges and to consult with Defendant about the foregoing and potential methods of

3    resolution.

4              c)       Counsel for Defendant submits that failure to grant the requested continuance

5    would deny him reasonable time necessary for effective preparation, taking into account the

6    exercise of due diligence.

7              d)       The Government does not object to the continuance.

8              e)       Based on the above-stated findings, the ends of justice served by continuing the

9    case as requested outweigh the interest of the public and Defendant in a trial within the original

10   date prescribed by the Speedy Trial Act.

11             f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12   et seq., within which trial must commence, the time period of April 14, 2016 to June 23, 2016,

13   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

14   because it results from a continuance granted by the Court at Defendant's request on the basis of

15   the Court's finding that the ends of justice served by taking such action outweigh the best interest

16   of the public and Defendant in a speedy trial.

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1     4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4         IT IS SO STIPULATED.

5

6   Dated:  April 10, 2016                                    BENJAMIN B. WAGNER
                                                              United States Attorney
7

8                                                            /s/ OWEN J.M. ROTH
                                                             OWEN J.M. ROTH
9                                                            Assistant United States Attorney

10  Dated:  April 10, 2016                                   /s/ JEROME PRICE
                                                             JEROME PRICE
11                                                           Counsel for Defendant
                                                             LUKE LENE
12

13

14                                      **ORDER**

15        IT IS SO ORDERED.

16  Dated:  April 11, 2016

17

18  _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE
19  UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

27

28