PHILLIP A. TALBERT
Acting United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>LUKE LENE,<br><br>             Defendant. | CASE NO. 2:16-CR-00034 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: June 23, 2016<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1. This matter was first set for a status conference on April 14, 2016. By previous order of the Court, the status conference was previously extended to June 23, 2016.

2. By this stipulation, the parties now move to continue the status conference until September 1, 2016, and to exclude time between June 23, 2016 and September 1, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The Government represents that the discovery associated with this case continues to comprise nineteen CDs containing approximately sixty-six pages of documents, forty-one audio-visual or audio files, and two hundred and thirty-five photographs. This discovery has

been produced directly to Defendant's counsel.

      b)     Counsel for Defendant desires additional time to continue reviewing the discovery for this matter, as well as to conduct additional investigation and research concerning the charges and to consult with Defendant about the foregoing and resolution.  Counsel for Defendant has exercised due diligence in these tasks but continues to require additional time to perform them.

      c)     Counsel for Defendant submits that failure to grant the requested continuance would deny him reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The Government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and Defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et* *seq.*, within which trial must commence, the time period of April 14, 2016 to September 1, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at Defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and Defendant in a speedy trial.

      g)     In addition to the foregoing, the parties mutually advise the Court that they are negotiating a resolution of this case, and that the Government is likely to provide a proposed plea agreement within the week.

///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 20, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ OWEN ROTH
OWEN ROTH
Assistant United States Attorney

Dated: June 20, 2016

/s/ JEROME PRICE
JEROME PRICE
Counsel for Defendant
LUKE LENE

**ORDER**

IT IS SO ORDERED.

Dated: June 22, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE