PHILLIP A. TALBERT
Acting United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00034 MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| LUKE LENE, | DATE: September 1, 2016 |
| Defendant. | TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1. This matter was first set for a status conference on April 14, 2016. By previous orders of the Court, the status conference was previously continued to June 23, 2016, and then to September 1, 2016.

2. By this stipulation, the parties now move to continue the status conference until October 20, 2016, and to exclude time between September 1, 2016 and October 20, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The Government represents that the discovery associated with this case continues to comprise nineteen CDs containing approximately sixty-six pages of documents, forty-one audio-visual or audio files, and two hundred and thirty-five photographs. This discovery has

b) Counsel for Defendant continues to review the discovery and consult with Defendant about whether to enter a change of plea.  In particular, Defense Counsel is working with Defendant on providing information to the Government that would enable Defendant to obtain the benefit of the "safety valve" under U.S.S.G. § 2D1.1(b)(17).  The Government has provided a proposed plea agreement that does not account for this provision of the Sentencing Guidelines, and Defense Counsel is working with Defendant to provide information that would satisfy the requirements of the Guideline.  Counsel for Defendant has exercised due diligence in these tasks but continues to require additional time to perform them.

c) Counsel for Defendant submits that failure to grant the requested continuance would deny him reasonable time to consult with his client and assess how to proceed with this case, including whether and on what terms to resolve the case, taking into account the exercise of due diligence.

d) The Government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and Defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 1, 2016 to October 20, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at Defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and Defendant in a speedy trial.

4. In addition to the foregoing, the parties mutually advise the Court that Defendant is working to ensure his family's financial well-being while he is in custody, should he enter a change of plea and be subject to a period of imprisonment.  The parties anticipate that Defendant will know whether and under what terms he is entering a change of plea before October 20, 2016, and that the parties may be able to ask the Court to change this status conference into a change-of-plea hearing.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 29, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ OWEN ROTH
OWEN ROTH
Assistant United States Attorney

Dated:  August 29, 2016

/s/ JEROME PRICE
JEROME PRICE
Counsel for Defendant
LUKE LENE

**ORDER**

IT IS SO ORDERED.

Dated:  August 30, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE