1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  JEROME PRICE, SBN # 282400
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   LUKE LENE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-00034-MCE |
|---|---|---|
| Plaintiff, | ) | **STIPULATON AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | ) | |
| LUKE LENE, | ) | Date: October 20, 2016 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Owen Roth, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Jerome Price, attorney for Luke Lene that the status conference, currently scheduled for October 20, 2016, **be continued to November 3, 2016 at 10:00 a.m.**

The reasons for the continuance are to continue investigating the facts of the case and to conduct legal research regarding a pertinent issue relating to a change of plea.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including November 3, 2016, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 |  |  |
| 4 | Date: October 12, 2016 | /s/  Jerome Price<br>JEROME PRICE |
| 5 |  | Assistant Federal Defender<br>Attorneys for Defendant |
| 6 |  | LUKE LENE |
| 7 | Dated: August 31, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 8 |  |  |
| 9 |  | /s/ Owen Roth<br>OWEN ROTH<br>Assistant U.S. Attorney |
| 10 |  | Attorney for Plaintiff |

ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. It further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including November 3, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the October 20, 2016 status conference shall be continued to November 3, 2016 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  October 17, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE